IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAVID KEEN,**  **PLAINTIFF**

v.  Case No. 5:19CV00330-LPR

**MBK, INC.**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 11th day of December, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE